# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Docket No. 16-cv-48 (RC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JOSEPH E. BORSON, United States Department of Justice, Civil Division, Federal Programs Branch, pursuant to Local Civil Rules 83.2(e) and 83.6(a), hereby enters his appearance in the above-captioned matter as counsel for the United States Department of State. The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

February 19, 2016               Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Trial Attorney (Virginia Bar No. 85519)
U.S. Department of Justice,
Civil Division, Federal Programs Branch

20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:     (202) 514-1944
Facsimile:      (202) 616-8460
E-mail:           joseph.borson@usdoj.gov

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2016, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the parties.

/s/ *Joseph E. Borson*
JOSEPH E. BORSON