FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Citizens United | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )   Civil Action No. 16-48 RC |
| United States Department of State | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

United States Attorney General
U.S. Department of Justice
950 Pennslyvania Ave., N.W.
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 1/12/2016

_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. 16-48 RC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Attorney General

was received by me on *(date)*   January 12, 2016       .

❑  I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

☒  Other *(specify)*:

I served the summons and complaint on the defendant by Certified Mail on January 15, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____XXXX_____ .

I declare under penalty of perjury that this information is true.

Date:  February 22, 2016          /s/ Jeremiah L. Morgan _____
                                                *Server's signature*

                             Jeremiah L. Morgan _____
                                                *Printed name and title*

                             370 Maple Ave. W., Suite 4
                             Vienna, VA  22180-5615

                             _____
                                                *Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Citizens United | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-48 RC |
| United States Department of State | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To:      _(Defendant's name and address)_

Civil Process Clerk
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 1/12/2016

_Signature of Clerk or Deputy Clerk_

FOIA Summons (12/11) (Page 2)

Civil Action No.  16-48 RC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Attorney for the District of Columbia

was received by me on *(date)*   January 12, 2016

❑ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑ I returned the summons unexecuted because ; or

☒ Other *(specify):*

I served the summons and complaint on the defendant by Certified Mail on January 15, 2016.

My fees are $ for travel and $ for services, for a total of $ XXXX .

I declare under penalty of perjury that this information is true.

Date:  February 22, 2016          /s/ Jeremiah L. Morgan
                                              *Server's signature*

                                         Jeremiah L. Morgan
                                              *Printed name and title*

                                         370 Maple Ave. W., Suite 4
                                         Vienna, VA  22180-5615
                                              *Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Citizens United

───────────────────────────
*Plaintiff*

v.

United States Department of State

───────────────────────────
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 16-48 RC

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

United States Department of State
2201 C Street, N.W.
Washington, D.C.  20520

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 1/12/2016

───────────────────────────
*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No.  16-48 RC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Department of State

was received by me on *(date)*   January 12, 2016                 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

I served the summons and complaint on the defendant by Certified Mail on January 15, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:  February 22, 2016               /s/ Jeremiah L. Morgan _____
                                                                   *Server's signature*

                                           Jeremiah L. Morgan _____
                                                                   *Printed name and title*

                                           370 Maple Ave. W., Suite 4
                                           Vienna, VA  22180-5615
                                           _____
                                                                   *Server's address*

Additional information regarding attempted service, etc: