# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, INC., | : |
| | : |
|     Plaintiff, | : |
| | :   Civil Action No.:   16-0048 (RC) |
| v. | : |
| | :   Re Document Nos.:   8, 9 |
| U.S. DEPARTMENT OF STATE, | : |
| | : |
|     Defendant. | : |

## SCHEDULING ORDER

Upon consideration of the parties' proposed production schedules (ECF Nos. 8, 9), it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. **Responsiveness Review**: On or before **May 17, 2016**, Defendant shall:

    a. Complete its responsiveness review of the approximately six thousand potentially responsive documents it has identified, and

    b. File with the Court a status report that indicates the number of responsive pages that Defendant has determined are encompassed within Plaintiff's six FOIA requests.

2. **Production Schedule**:

    a. Defendant shall make an initial production of responsive documents to Plaintiff on or before **April 22, 2016**;

    b. Defendant shall make another production of any remaining responsive documents to Plaintiff on or before **May 23, 2016**;

    c. Defendant shall make another production of any remaining responsive documents to Plaintiff on or before **June 21, 2016**;

2

    d.  Defendant shall complete its production of responsive documents to Plaintiff on or before **July 21, 2016**.

3. ***Vaughn* Index**: On or before **July 29, 2016**, Defendant shall provide Plaintiff with a draft *Vaughn* index containing sufficient information to allow Plaintiff to understand the nature of any documents Defendant has withheld, and stating the FOIA exemption claimed for each withheld document.

4. **Status Report**: Plaintiff shall file a status report with the Court on or before **August 5, 2016**.

    **SO ORDERED**.

Dated:  March 24, 2016                                        RUDOLPH CONTRERAS
                                                              United States District Judge